UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80149-TP-Rosenberg

UNITED STATES OF AMERICA,

v.

ALDABERTO JAIMES,

        Defendant.
_____/

## REPORT & RECOMMENDATION

        Defendant, ADALBERTO JAIMES, appeared before the Court on January 25, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of possession with intent to distribute cocaine, in violation of Title 21 U.S.C. § 841(a)(1), (b)(1)(C). Following this conviction, he was sentenced to thirty-seven (37) months in prison and two (2) years of supervised release.

        The Defendant began his term of supervised release on August 27, 2021. He presently stands charged with violating his supervised release by: (1) unlawfully possessing or using a controlled substance; (2) failing to refrain from violation of the law and (3) failing to refrain from violation of the law.

        Defendant freely, knowingly, and voluntarily admitted to violation 1, through counsel, stated his wish to proceed to sentencing and that sentencing be held after the defendant has completed the 90-day inpatient drug treatment program. The United States Attorney, with the concurrence of the Probation Officer, moved to dismiss violations 2 and 3. The Court granted the motion.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violation 1. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg after the defendant completes the 90-day inpatient treatment program.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 25th day of January 2022.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE